TRULINCS 56106060 - UGOCHUKWU, CHRISTOPHER - Unit: VIM-F-U

---

FROM: 56106060
TO: FCI-I Associate Warden
SUBJECT: ***Request to Staff*** UGOCHUKWU, CHRISTOPHER, Reg# 56106060, VIM-F-U
DATE: 12/19/2021 06:44:38 PM

To: Ms. T. Jusino ( warden)
Inmate Work Assignment: N/A

COMPASSIONATE RELEASE REQUEST TO THE WARDEN

In the events of recent decisions that had been Held in inmate Christopher Ugochukwu's circuit of Sixth circuit. It states that conspiracy is not a controlled substance offense.- see United States v. Havis, 972 F.3d 382(6th Cir. June 6, 2019)(en banc); United States v. McCall, no. 21-3400(6th Cir. december 17, 2021).
 Ugochukwu was sentenced on a conspiracy conviction.- see United States v. Ugochukwu, No. 17-3073(6th Cir. April 26, 2018). Which means that he was erronously sentenced. The conspiracy sentence enhanced his base offense level to 36, gave him a leadership role and also solely triggered an extraordinary sentencing disparity. If Ugochukwu was sentence today, he will tremendously benefit in this Post-Havis and McCall era.
Ugochukwu is a first-time offender and non-voilent offender, who didnt benefitted in All-Drugs-Minus-two point level's Law change enacted by the Congress in 2015. Sixth Circuit had held that under it's precedents, a court may consider a non-retroactive change in law as a factor in forming extraordinary and compelling circumstances qualify for sentencing reduction Under 18 U.S.C 3582(c)(1)(A).
Ugochukwu is 50 years old and two hundred and forty-five(245) pounds weight in a five-eleven feet height body frame. Which according to the experts are considered obese. Corona virus with its constant mutations had and always will be a threat to his very own existance due to his age and weight issues, even though he had taken the vaccine.
 Ugochukwu had a critical sleeping disorder in terms of an acute apnea. Ugochukwu do literally stop breathing in his sleep, that most inmates are fearful to room with him. Since ugochukwu's brief encounter with the virus, his mental psychic had been off and had heighten his fear of sleeping. Always afraid that he might die in his sleep.
Ugochukwu is not or will ever be considered a public safety issue, in the sense that he will be deported directly from prison to his native counrty, Nigeria without touching his feet on a American soil again.
 All these erronously actions, obviously constitutes a compelling and extraordinary circumstances, congress had in mind when creating and enacting the First step Acts of 2018 as a remedy.
 Ugochukwu qualified to an ummediate release, that itis why he respectively implore Ms. T. Jusino(wardern) to compassionately release him to ICE for an immediate deportation to his nativ country, Nigeria.

Sincerely Yours.

*Exhibit "B"*



**U.S. Department of Justice**

Federal Bureau of Prisons

Federal Correctional Complex

_Office of the Captain_ _Victorville, California_

January 21, 2022

**NOTICE TO INMATE POPULATION**

**FROM:** //s// J. Sturgill, Captain

**SUBJECT:** VIM Victorville Modified Operation

On January 4, 2022, FCI I Victorville was placed on modified operations due to an increase in COVID-19 cases. Currently, every unit is either Exposure Quarantine or Isolation, with the exception of units C-Lower, C-Upper and D-Upper who are currently unaffected but remain modified out of an abundance of caution due to the highly contagious nature of COVID-19.

A work cadre has been established for Food Service, Laundry and Commissary. Beginning on January 24, 2022, Commissary will begin shopping on a very limited basis across the compound. Inmates on these work details have been cleared with negative COVID-19 test, are in a recovered status and follow strict COVID-19 procedures.

Also, starting January 24, 2022, we will begin providing out of cell time on evening watch for all Exposure Quarantine units, in order to provide you with access to phones, emails, and to charge MP3 players. Inmates will be allowed to exit their cells, <u>one cell at a time</u>, for approximately 20 minutes. **<u>All high touch surfaces must be sanitized after each use i.e. phones, tables, showers, MP3 charges and computers.</u>**

The schedule for out of cell time is as follows:

Monday    -Cells 101-112 / 301-312
Tuesday   -Cells 113-125 / 313-325
Wednesday -Cells 126-206 / 326-406
Thursday  -Cells 207-218 / 407-418
Friday    -Cells 219-230 / 419-430
Saturday  -Cells 231-233 / 431-433

EXHIBIT "B"

During the out of cell periods, all inmates **must** wear a mask. It is imperative you take the time to use the phone, email, or watch TV. **You are not to be on cell doors talking directly to inmates in other cells.** Inmate orderlies need to clean all high touch areas after each one or two inmates (one cell) return to their cells. High touch areas include, but are not limited to, phones, computers, tables, and MP3 charging ports.

Any inmates using this time to talk on cell doors, attempting to extend their out of cell time, not following orders from staff, or refusing to wear a mask, will be held accountable, and this may result in the cancelation of that units out of cell time.

We understand these are difficult and frustrating times, especially due to the timing. FCI I Victorville staff are dedicated to ensuring the safety of both staff and inmates. The closer we follow the procedures put in place, the faster we can test units out of quarantine. We will continue to review any and all modifications in an effort to return to normal operations as soon as possible.

If you seek further clarification, see myself and/or the Operations Lieutenant during rounds.